IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HOWARD ALEXANDER #K6335                                        PETITIONER

VS.                                      CIVIL ACTION NO.  5:06cv103-DCB-MTP

CHRISTOPHER B. EPPS                                              RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Respondent's Motion to Dismiss [14] should be Granted and Alexander's Petition for Writ of Habeas Corpus should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Alexander's Motion for Court Order Directing Release of Medical Records [17] and Motion to Amend Petition [18] are Denied as moot.

SO ORDERED this the   4th   day of September, 2007.

      s/ David Bramlette
      UNITED STATES DISTRICT JUDGE